# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Michelle Blackburn** DOB: 1978; United States<br>**Marco Antonio Gonzalez-Marquez** DOB: 2001; Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-00227 MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about March 1, 2020, in the District of Arizona, **Michelle Blackburn** and **Marco Antonio Gonzalez-Marquez**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, namely Brayan Antonio Santiago-Tista, Jesus Gregorio Leon-Sebada, Herminia Aracelia Box-Reyes, Rafael Marino Morales-Carlos, Odilda Yojana Alvarado-Enriquez, Luis Rodolfo Sipac-Cocon, Sebastian Velasquez-Jeronimo, and Tonatio Mor-Lopez, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A); 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about March 1, 2020, in the District of Arizona (Robles Junction), United States Border Patrol Agents (BPA) encountered a 2001 Ford F-350 at the SR-86 checkpoint and arrested the driver **Michelle Blackburn** and 10 illegal aliens, nine adults and one unaccompanied juvenile. The adult illegal aliens were identified as **Marco Antonio Gonzalez-Marquez**, Brayan Antonio Santiago-Tista, Jesus Gregorio Leon-Sebada, Herminia Aracelia Box-Reyes, Rafael Marino Morales-Carlos, Odilda Yojana Alvarado-Enriquez, Luis Rodolfo Sipac-Cocon, Sebastian Velasquez-Jeronimo, and Tonatio Mor-Lopez. Several material witnesses identified **Gonzalez-Marquez** as the foot guide in photo line-up. Also, **Gonzalez-Marquez** was previously arrested with another group and admitted being the foot guide.

Material witnesses Santiago-Tista, Leon-Sebada, Box-Reyes, Alvarado-Enriquez, Sipac-Cocon, Velasquez-Jeronimo, and Mor-Lopez said that they or a family member had made arranged to be smuggled into the United States for money. Morales-Carlos claimed he did not make any smuggling arrangements. All said they crossed the border illegally. Sipac-Cocon, Alvarado-Enriquez, and Reyes Herminia said they crossed the border with a foot guide. Santiago-Tista, Leon-Sebada, and Morales-Carlos. Velasquez-Jeronimo said there was no guide in the group but later identified **Gonzalez-Marquez** as the foot guide in a photo line-up. Several others also identified **Gonzalez-Marquez** as the foot-guide. Leon-Sebada said he was going to be picked up by a female driving a white truck. Alvarado-Enriquez said when the truck arrived, the driver talked to them in English and hand signaled for them to get inside the truck.

In a post-*Miranda* statement, **Blackburn** said that after her friend kept insisting and pressuring her, she agreed to pick up illegal aliens. She was going to get paid $400 USD per person. She was told she would be picking up five illegal aliens, but when she arrived at the pickup location, there were more than five. She said she knew what she was doing was illegal and decided to drive to the checkpoint.

In a post-*Miranda* statement, **Gonzalez-Marquez** denied being the foot guide and denied being paid in this event. **Gonzalez-Marquez** claimed he was just trying to get to Phoenix and find work.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:** Brayan Antonio Santiago-Tista, Jesus Gregorio Leon-Sebada, Herminia Aracelia Box-Reyes, Rafael Marino Morales-Carlos, Odilda Yojana Alvarado-Enriquez, Luis Rodolfo Sipac-Cocon, Sebastian Velasquez-Jeronimo, and Tonatio Mor-Lopez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 3, 2020 |

1) See Federal rules of Criminal Procedure Rules 3 and 54